**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DERRICK ALLEN,**

     **Plaintiff,**

**v.**                                                                 **Case No. 4:24-cv-77-AW-MJF**

**RICKY D. DIXON, et al.,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING

Having considered the report and recommendation (ECF No. 12), to which there has been no objection, I now adopt the report and recommendation and incorporate it into this order. The motion to remand (ECF No. 10) is GRANTED. The clerk will take appropriate steps to remand this case to the Circuit Court for the Second Judicial Circuit, in and for Leon County. The clerk will then close the file.

SO ORDERED on April 15, 2024.

s/ *Allen Winsor*
United States District Judge